LZ
F. #2020R00243

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER ACCEPTING GUILTY PLEA |
| - against - | |
| KEYAWNIA ROSS, | Docket No. 20-CR-489 (FB) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - -X

      IT IS THE FINDING of the Court, based upon a review of the transcript of the guilty plea of the defendant, offered on April 29, 2022, before Chief United States Magistrate Judge Cheryl L. Pollak, that the defendant pleaded guilty knowingly and voluntarily, and there is a factual basis supporting the defendant's plea of guilty.

      IT IS HEREBY ORDERED that the guilty plea of the defendant, offered on April 29, 2022, before Chief United States Magistrate Judge Cheryl L. Pollak is accepted.

      SO ORDERED

/S/  Frederic Block
THE HONORABLE FREDERIC BLOCK
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

Dated: Brooklyn, New York
      6/27, 2022