# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and
Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

October 28, 2022

**By ECF**

The Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:    United States v. Keyawnia Ross, 20 CR 489(FB)

Dear Judge Block,

I write to request modification of Ms. Ross's bond conditions. Ms. Ross was arrested on November 17, 2020 and was released the same day on a $50,000 bond with travel restrictions. She asks the Court to modify the bond conditions to allow her to travel to Montgomery, Alabama from November 30 to December 4, 2022 and to New Orleans, Louisiana from January 5 to January 9, 2023. These trips are so that she can explored work opportunities and for leisure. AUSA Laura Zuckerwise and Pretrial Services Officer Robert Long consent to the requested modification.

Thank you for your attention to this matter.

Respectfully Submitted,

/s/

Michael Schneider, Esq.

cc:    Clerk of the Court (by ECF)
AUSA Laura Zuckerwise (by ECF)
PTS Officer Robert Long (by email)